IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR236 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | TRIAL ORDER |
| JASON DEBARGE DEVERS, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Trial in this matter is scheduled to begin on **Tuesday, November 27, 2012,** commencing at **9:00 a.m.,** before District Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.  It is anticipated that this trial will last approximately two-three days**. A Pretrial Conference, beginning at 8:30 a.m.**, will be held prior to the start of trial.

Defendant is advised that street clothes **may be worn in any trial proceedings.**

DATED this 26th day of November, 2012.

                                                BY THE COURT:
                                                s/Laurie Smith Camp
                                                United States District Judge