## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR236 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JASON DEBARGE DEVERS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Findings and Recommendation of Magistrate Judge Gossett (Filing No. 46), recommending that this Court deny the Defendant's Motion to Dismiss for Violation of Speedy Trial Act (Filing No. 39). After careful review of the Findings and Recommendation, the Government's Brief (Filing No. 43) and Index of Evidence (Filing No. 44) and the Defendant's Brief (Filing No. 55),

IT IS ORDERED:

1. The Court adopts the Magistrate Judge's Findings and Recommendation in their entirety; and

2. The Defendant's Motion to Dismiss for Violation of Speedy Trial Act (Filing No. 39) is denied.

DATED this 26th day of November, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge