# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR236** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **JASON DEBARGE DEVERS,** | ) | |
| Defendant. | ) | |

The Defendant previously qualified for appointed counsel pursuant to submission of a Financial Affidavit (CJA Form 23) signed by Defendant in support of a request for appointed counsel. Shannon O'Connor, Deputy Federal Public Defender was appointed. (Filing No. 7.) Subsequently, the Defendant requested appointment of new counsel, and Michael Tasset was appointed, pursuant to the Criminal Justice Act, 18 U.S.C. §3006A. (See Filing No. 24.) Later, the Defendant exercised his right to proceed pro se. (See text minute entry at Filing No. 36.) Defendant now requests appointment of "Appeal Counsel for [his] appeal." (Filing No. 69.)

The Defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

1. The Defendant's Motion at Filing No. 69 is granted in part as follows:

a. The Federal Public Defender for the District of Nebraska is appointed to represent the Defendant Jason Devers in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the

basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

b. Counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, Defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by Defendant.

c. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska; and

2. The Defendant's Motion (Filing No. 69) is otherwise denied without prejudice.

DATED this 18th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge